United States District Court for the Eastern District of VA. at Richmond Alexandria, VA. 22134

Tyrone Hua
(202) 546-1512
101 Penn. Ave. S.E.,
W. D.C. 20003   Plaintiff,

V.

Former-President of the U.S.
William A. Clinton, et.al.
            and
Falun Gong,            Plaintiff,
            and
First (1st) Amendment Right to
the U.S. Constitution, (1776-1789)
            and
World Order,
            and
World Order Violations,
                        Defendants,

FILED MAILROOM
OCT - 6 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Civil Action No. 1:08cv1050 LMB/TCB

Complaint,

1. Jurisdiction of this Honorable Court is

pursuant to Title 42, Section 1983, U.S.C., Title 28, Section 1975, U.S.C., Title 28, Section 1331 & 1332, U.S.C.

2. I am a citizen of the U.C.

3. I demand a Trial by a Jury on all the issues involved.

4. The amount in controversy exceeds $75,000.00 dollars exclusive of interest and costs

Statement of the case,
Memoranda of Laws,

1. The Plaintiff, and the <u>First (1st) Amendment Right to the U.S. Constitution, (1776-1789)</u>, and <u>Falun Gong</u>, and respectfully states that N.Y.C., one (1) city, out-of-a-state of N.Y.C. and one (1) of fifty (50) states in this Nation, (U.S.A.), that has and is in violation of the <u>First (1st) Amendment Right to the U.S. Constitution, (1776-1789)</u>. Note: <u>Falun Gong</u> and its spiritual

condemnation as opposed to all other religious, etc, of this Nation, (U.S.A.), Note! see: Presidents of the U.S., William A. Clinton, et.al., lodged in the U.S.C.A. for the D.C. Cir.: and the World Order, violations placed upon Falun Gong and its truth, of the spiritual up-lift, of the Chinese People, as human beings, as all other humans and the religious context, of the 'IN accordance to the First (1st.) Amendment Right to the U.S. Constitution, (1776-1789), and now, as, up-to-date-of-the-alleged (2008), a far gone conclusions of Dictators (Act VII, Declaration of Independence, 07-7058; 07-CV-647: U.S.D.C. for the D.C. and U.S.C.A. for the D.C. Cir.)

(4)

Note: To Protect, Defend, and to preserve, the V.I. Constitution, (1776-1779-) and the Declaration of Independence and it's elimination and abolishment. See! Hutt vs. Clinton, et.al.: 07-5014; 07-cv-00039; lodged in the V.I. D.C. for the D.C.; V.I. C.A. for the D.C. Circit.

So therefore, the Plaintiff respectfully states that pursuant to Article IV, section 4, of the said the real meaning and purpure of the First (1st) Amendment Right to the V.I. Constitution, (1776-1779-), that this Defendant, et.al, be compelled before the said Plaintiff, and the Chinese People, and the concerned American People of this world, for any violations, (see: Nun.; V.S. Dist. Ct. for the D.C. Judge, Gladys Kessler) and it's needed governmental apology. Also: The Fifth (5th) Amendment Right to the U.S. Constitution, (1776-1789).

(B)
and its compliance in favor the Plaintiff.

### Memoranda of Law,

1. See: U.S. Constitution, (1776-1789)
See: World Order Violations by said Defendants, et. Al.

### Relief,

1. The Plaintiff seeks the immediate, and urgent, World, National, etc., First (1st) Amendment Right to the U.S. Constitution, (1776-1789), airing of the heretofore spiritual killings of millions of Chinese Peoples, that could have been easily prevented,

Affidavit of Poverty, pursuant to Title 28, Section 1915, U.S.C.

I, Tyrone Hits, the Plaintiff, and through, Haines vs. Kerner (1972), and respectfully states

that Because of my poverty, that I am unable to pre-pay the said costs or fees for the filing of the foregoing complaint, that I am unable to give security for the same, that I believe that I am entitled to the relief that I now seek.

Certification of Service,

I, Tyrone Hurt, the Plaintiff, and through, Haines vs. Kerner, (1978), and respectfully states that I have upon this 28th day of Sept. 08, have sent the foregoing complaint, to the U.S. Dist. Ct. for the D.C., to make service upon the Atty. for the Defendants, et. al.,

Respectfully Submitted,
/s/ Tyrone Hurt
(Plaintiff)
(Haines vs. Kerner)
(1978)