RECEIVED MAILROOM
OCT - 6 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Mr. Tyrone Hurt
(202) 546-1512
[illegible address]
W.D.C.

To: Clerk;
U.S. Dist. Ct. for the Eastern
Dist. of VA.
401 Courthouse Square,
at Alexandria, Va. 22314